UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-823-GHK (KK) | Date: | August 4, 2016 |
| Title: | Shah Bains v. Pacific Gas and Electric Comp. PG and E | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) ORDER VACATING REPORT AND RECOMMENDATION [DKT. 15] AND REQUIRING PLAINTIFF'S RESPONSE

The Court has received Plaintiff's Objections to the Court's July 8, 2016 Report and Recommendation. ECF Docket No. ("Dkt.") 18, Objs. Although the Objections are not entirely clear, in an abundance of caution, the Court VACATES its July 8, 2016 Report and Recommendation, see Dkt. 15, R & R.

Plaintiff must respond to this Order no later than **August 25, 2016** by: (1) filing a written response stating he wants this action to proceed on his First Amended Complaint; or (2) filing a Second Amended Complaint that cures the deficiencies the Court identified in its May 10, 2016 Order Dismissing the First Amended Complaint, see Dkt. 8, Order.

Plaintiff's failure to timely respond will result in the Court dismissing this action for failure to prosecute, obey court orders, comply with Federal Rule of Civil Procedure 8, and comply with Federal Rule of Civil Procedure 12(b)(6).