UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAH BAINS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC GAS AND ELECTRIC COMP. PG and E,<br><br>　　　　　　Defendant. | Case No. EDCV 16-823-GHK (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: 10/14/16

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge