JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAH BAINS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC GAS AND ELECTRIC COMP. PG and E,<br><br>　　　　　　　Defendant. | Case No. EDCV 16-823-GHK (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 10/14/16

　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. KING
　　　　　　　　　　　　　　　　　United States District Judge